IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 1:05cr391 |
| BRIAN ODELL BAILEY, | ) |
| | ) |
| ANTHONY RAY NEWMAN, | ) |
| | ) |
| Defendants. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendant Newman's Motion to Suppress is DENIED and defendant Bailey's Motion to Suppress is GRANTED in part and DENIED in part, and it is hereby

ORDERED that defendant Bailey's statements to the police after he was arrested be and are suppressed.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28th day of October, 2005.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia